UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

COLONY INSURANCE
COMPANY,

      Plaintiff,

v.                         Case No. 3:23-cv-115-MMH-MCR

SHANTI SUPER, INC., et al.,

      Defendants.

## ORDER OF DISMISSAL

**THIS CAUSE** is before the Court sua sponte. On November 14, 2023, the Court entered an Order administratively closing this case pending further Order of the Court. See Order (Dkt. No. 47; Order). The Court also provided that the parties shall have until March 14, 2024, to file a joint stipulation of dismissal or other appropriate documents to close out this file. See id. The Court noted that, if the parties did not file settlement pleadings or a request for additional time by March 14, 2024, this case would automatically be deemed to be dismissed without prejudice. See id. As of this date, the parties have not filed a joint stipulation of dismissal or other appropriate documents. Accordingly, it is hereby

**ORDERED:**

1. This case is **DISMISSED without prejudice**.

2. The Clerk of the Court is directed to terminate all pending motions and close the file.

**DONE AND ORDERED** in Jacksonville, Florida this 21st day of March, 2024.

MARCIA MORALES HOWARD
United States District Judge

ja

Copies to:

Counsel of Record